Reversed and Remanded and Majority and Concurring Opinions filed June 3,
2004









Reversed and Remanded and
Majority and Concurring Opinions filed June 3, 2004.

 

 

In The

 

Fourteenth Court of Appeals

_______________

 

NO. 14-03-00737-CV

_______________

 

IN THE INTEREST OF K.J.M, A MINOR CHILD

 

 

                                                                                                                                               


On Appeal from the 257th District Court

Harris County, Texas

Trial Court Cause No. 96‑03766

                                                                                                                                               


 

C O N C U R R I N G   O P I N I O N

 

I
join the majority relative to disposition of issues one, two and three.  However, I write separately to address issue
four, attorney=s fees.  I would hold that the award of attorney=s fees should be remanded for the trial
court=s disposition with due consideration
for the fact that Tom is the prevailing party.

 

 

 

/s/        Charles W. Seymore

Justice

 

Judgment rendered
and Majority and Concurring Opinions filed June 3, 2004.

Panel consists of
Justices Fowler, Edelman, and Seymore.  (Edelman, J., majority).